MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Tracy Kay Albinson
Chapter 7 Case No. 09-45476

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| TransAlarm Inc.<br>500 E Travelers Trail, Ste. 600<br>Burnsville, MN  55337-7503 | 7 | $150.95 | $4.18 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: September 22, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179